

The following constitutes the order of the Court.
Signed: March 15, 2019

_____
**Charles Novack**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

RUTH HERNANDEZ,

    Debtor.

Case No.: 19-10080 DM
Chapter 13

MEMORANDUM DECISION GRANTING IN REM RELIEF UNDER BANKRUPTCY CODE § 362(d)(4)

    Movant Wells Fargo Bank, N.A. ("Wells Fargo") seeks "in rem" relief under Bankruptcy Code § 362(d)(4) against real property located at 104 El Portola Drive, Sonoma, California (the "Property"). Wells Fargo holds a note and deed of trust secured by the Property, which note and deed of trust were signed by debtor Ruth Hernandez and her husband Javier Hernandez in 2006. Wells Fargo recorded its notice of default on July 1, 2016 and most recently scheduled a trustee's sale of the Property for January 1, 2018. Since the notice of default was recorded, Ruth and Javier Hernandez have collectively filed ten bankruptcies, all of which were promptly dismissed due to their failure to pay filing fees or file the requisite documents under Bankruptcy Code § 521. Indeed, this court dismissed this Chapter 13 case on February 21, 2019 after Ruth

Hernandez did not file the documents to complete her February 6, 2019 skeletal bankruptcy filing.

Wells Fargo's motion for in rem relief under Bankruptcy Code § 362(d)(4) is granted. Ruth Hernandez filed this Chapter 13 case as part of a scheme to delay and hinder Wells Fargo, and her scheme involved multiple bankruptcy filings affecting the Property. Wells Fargo shall submit an order consistent with this memorandum decision.

* * *END OF ORDER * * *

COURT SERVICE LIST

**Ruth Hernandez**
104 El Portola Dr.
Sonoma, CA 95476

Other recipients are ECF participants